1 | Adam C. Anderson (Bar No. 024314)
2 | ANDERSON BANTA CLARKSON PLLC
3 | 48 North Macdonald
4 | Mesa, AZ 85201
5 | 480-272-5983
6 | adam@abclawgroup.com
7 | Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| TINA GRAEVE, | |
| Plaintiff, | |
| v. | No. 4:14-CV-02144-TUC-JR |
| ALDOUS & ASSOCIATES, PLLC., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, TINA GRAEVE, by and through his attorneys, ANDERSON BANTA CLARKSON PLLC., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

DISSMISSAL

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses with prejudice his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,

**TINA GRAEVE**

By: ___s/ Adam Anderson___
Attorney for Plaintiff

Dated: August 29, 2014

Adam C. Anderson (Bar No. 024314)
ANDERSON BANTA CLARKSON PLLC
48 North Macdonald
Mesa, AZ 85201
Telephone:   (480) 272-5983
Facsimile:    (480) 522-3649
E-Mail:        adam@abclawgroup.com

DISSMISSAL